# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **M. DOUGLAS GHEE, as personal representative of BILLY KEITH FLEMING, deceased,** | )<br>)<br>)<br>) |
| **Plaintiffs,** | )<br>) |
| vs. | )<br>) |
| **REGIONAL MEDICAL CENTER BOARD, USAble MUTUAL INSURANCE COMPANY, D/B/A ARKANSAS BLUE CROSS AND BLUE SHIELD AND BLUEADVANTAGE ADMINISTRATORS OF ARKANSAS, et al.** | ) **CIVIL ACTION NO. :**<br>) **1:15-CV-01430-VEH**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| **Defendants.** | ) |

## USABLE MUTUAL INSURANCE COMPANY, D/B/A ARKANSAS BLUE CROSS AND BLUE SHIELD AND BLUEADVANTAGE ADMINISTRATORS OF ARKANSAS'S
## <u>CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, USAble Mutual Insurance Company makes the following disclosures:

1. USAble Mutual Insurance Company is a not-for-profit mutual insurance company owned by its policyholders. USAble Mutual Insurance Company is not owned by a parent corporation, and no publically held corporation owns 10% or more of the ownership interests of USAble Mutual Insurance Company.

1403364.2

Respectfully submitted this the 21 day of August, 2015.

                                                */s/ Cavender C. Kimble*
                                                One of the Attorneys for Defendant,
                                                USAble Mutual Insurance Company, d/b/a
                                                BlueAdvantage Administrators of Arkansas

OF COUNSEL:
Cavender C. Kimble
Jeremiah M. Glassford
BALCH & BINGHAM LLP
P.O. Box 306
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203-4642
Telephone: (205) 251-8100
Facsimile: (205) 226-8799
ckimble@balch.com
jglassford@balch.com

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that service was perfected either by the CM/ECF system or U.S. Mail upon the following this the 21st day of August, 2015:

Rip Andrews
David T. Brown
J. Ben Ford
MARSH, RICKARD & BRYAN, P.C.
800 Shades Creek Parkway, Suite 600-D
Birmingham, AL 35209
ripandrews@mrblaw.com
tbrown@mrblaw.com
bford@mrblaw.com

Clinton T. Speegle
Michael L. Bell
John G. Thompson, Jr.
LIGHTFOOT FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North
Birmingham, Alabama 35203
cspeegle@lightfootlaw.com
mbell@lightfootlaw.com
jthompson@lightfootlaw.com

M. Adam Jones
M. Adam Jones & Associates, LLC
206 Lena Street
Dothan, AL 36303
adam@adamjoneslaw.com

J. Britney Williams, D.O.
270 17th Street NW
Unit 2004
Atlanta, GA 30363

M. Christopher Eagan
Randal H. Sellers
STARNES DAVIS FLORIE LLP
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, AL 35259
ceagan@starneslaw.com
rsellers@starneslaw.com

Michael Proctor, M.D.
12 Hathaway Heights Road
Anniston, AL 36207

Christopher Simmons, M.D.
8877 Mudd Street
Ohatchee, AL 36271

Summer Phelps, N.P.
388 Terrace Meadow Drive
Wellington, AL 36279

Regional Medical Center Board
400 East 10th Street
Anniston, AL 36207

                        /s/ Cavender C. Kimble
                        Of Counsel